AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Christopher Raphael Spencer
AKA: Chris Spencer

*Defendant*

Case No. ~~2 - A44~~
21-MJ-113

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher Raphael Spencer   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(C),(D),(G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. 1512(c)(2) - Obstruction of Justice.

Date:    01/18/2021

*Issuing officer's signature*   2021.01.18 21:37:23 -05'00'

City and state:    Washington D.C.         Robin M. Meriweather, U.S. Magistrate Judge
                                                     *Printed name and title*

### Return

This warrant was received on *(date)* 1/18/2021, and the person was arrested on *(date)* 1/19/2021
at *(city and state)* Winston Salem, NC.

Date: 1/19/2021

*Arresting officer's signature*

Norman G Kuylen SA FBI
*Printed name and title*