# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Mag. No. 21-MJ-00113 |
| | : | U.S.M.J. Meriweather |
| **CHRISTOPHER RAPHAEL SPENCER,** | : | Prelim. Hearing 2/24/21 |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Assistant United States Attorney Jamie Carter, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188


        */s/ Jamie Carter*
Jamie Carter
Assistant United States Attorney
D.C. Bar No. 1027970
555 4th Street, NW
Washington, D.C. 20530
Jamie.Carter@usdoj.gov
(202) 252-6741

## **CERTIFICATE OF SERVICE**

On this the 8th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_/s/ Jamie Carter_
Jamie Carter
Assistant United States Attorney
