UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-147 CKK |
| v. : | |
| : | |
| CHRISTOPHER RAPHAEL SPENCER, and : | |
| VIRGINIA MARIE SPENCER, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Douglas G. Collyer is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No.415793


    /s/ Douglas G. Collyer
DOUGLAS G. COLLYER
NY Bar No. 519096
Assistant United States Attorney
District of Columbia Detailee
14 Durkee Street, Suite 340
Plattsburgh, New York 12901
Telephone No. (518) 314-7818
Douglas.Collyer@usdoj.gov

## CERTIFICATE OF SERVICE

On this 7th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>*/s/ Douglas G. Collyer*
>Douglas G. Collyer
>Assistant United States Attorney