**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-CR-147-1 (CKK)** |
| **v.** | **:** | |
| | **:** | |
| **CHRISTOPHER RAPHAEL SPENCER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated September 14, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:      _/s Douglas G. Collyer_____
Douglas G. Collyer
Assistant United States Attorney
Detailee
NDNY Bar No. 519096
United States Attorney's Office
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
Douglas.Collyer@usdoj.gov