# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-CR-147-1 (CKK)** |
| **v.** : | |
| : | |
| **CHRISTOPHER RAPHAEL SPENCER,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

    The government requests that the attached discovery letter, dated September 27, 2021, be made part of the record in this case.

                  Respectfully submitted,

                  CHANNING D. PHILLIPS
                  Acting United States Attorney
                  D.C. Bar No. 415793

By:    */s Douglas G. Collyer*_____
       Douglas G. Collyer
       Assistant United States Attorney
       Detailee
       NDNY Bar No. 519096
       United States Attorney's Office
       14 Durkee Street, Suite 340
       Plattsburgh, NY 12901
       Douglas.Collyer@usdoj.gov