UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SPENCER,<br><br>Defendant. | Criminal No. 21-147-1 (CKK) |

**ORDER**
(October 8, 2021)

It is this 8th day of October, 2021

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history calculation of the Advisory Sentencing Guidelines for inclusion in a report to be provided to the Court by no later than **December 28, 2021**, prior to the next court hearing scheduled for January 13, 2022.

Once the criminal history calculation for a presentence report in this case is completed it is to be shared with government's counsel and defense counsel.

/S/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge