UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   v.<br><br>CHRISTOPHER SPENCER,<br><br>            Defendant. | Case No. 21cr-147 (CKK) |

## MOTION TO CONTINUE

Mr. Christopher Spencer currently has a status hearing scheduled for May 23, 2022 at 1:30 p.m. Mr. Spencer, through counsel, respectfully requests a continuance until June 23, 2022. The parties have conferred with the Courtroom Deputy and confirmed the Court's availability for this date. The Government has represented that there is no objection to this request.

Due to recent scheduling conflicts, counsel is not available on May 23, 2022. The defense is still in the process of reviewing discovery and the parties continue to engage in discussions to resolve the matter short of trial.

In light of this request, Mr. Spencer, through counsel, has no objection to exclusion of time under the Speedy Trial Act until the next status hearing.

For the aforementioned reasons, Mr. Spencer respectfully requests the Court grant his request for a continuance.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

*/s/*
Jose A. German
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500