UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER RAPHAEL SPENCER,<br><br>Defendant. | Criminal No. 21-147-1 (CKK) |

ORDER IDENTIFYING TEMPLATE FOR
PROPOSED PRETRIAL SCHEDULING ORDER
(August 26, 2022)

At a Status Hearing on August 26, 2022, the parties discussed with the Court their intention to continue plea negotiations.  Pursuant to the Court's Minute Order of August 26, 2022, the Court issues this template for a proposed Pretrial Scheduling Order.  If it looks like the case will not be resolved by plea, then the parties shall prepare their proposed Pretrial Scheduling Order using this template and file it on the docket by no later than **October 26, 2022.**

Plea                                                                                                       *Proposed Deadlines*

During plea negotiations, the parties shall discuss the statutory penalties and sentencing guidelines that would apply.  This will be discussed on the record as well.

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment                    _____
Aspirational date for grand jury decision re: superseding indictment                        _____
Government to complete discovery under any superseding indictment                    _____
Discovery motions (Fed. R. Crim. P. 16)                                                                        _____

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)                                                               _____
Defendant's expert notice (FRE 701 & 702)                                                                _____
Government's FRE 404(b) notice                                                                                   _____
Defendant's response to FRE 404(b) notice                                                                _____
*Brady* notice

Experts
Expert reports (FRE 702)                                                                                             _____
Lay witness identification and subject matter (FRE 701)                                            _____

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                                    _____
    Government's response to Defendant's non-evidentiary motions    _____
    Defendant's reply as to non-evidentiary motions                  _____
Government's non-evidentiary pretrial motions                                 _____
    Defendant's response to Government's non-evidentiary motions    _____
    Government's reply as to non-evidentiary motions                _____

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                            _____
    Government's response to Defendant's evidentiary motions        _____
    Defendant's reply as to evidentiary motions                     _____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                                   _____
    Defendant's response to Government's evidentiary motions        _____
    Government's reply as to evidentiary motions                    _____

Motions in Limine
Motions *in limine* by both sides                                             _____
Responses to motions *in limine*                                              _____
Replies as to motions *in limine*                                             _____

Joint notice of stipulations                                                  _____

*Giglio* and *Jencks* material                                                _____

*Voir Dire* and Jury Instructions                                             _____

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits                          _____
Defendant's witness list, exhibit list and exhibits                           _____

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

                                                           /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge