UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER RAPHAEL SPENCER,<br><br>Defendant. | Criminal No. 21-147-1 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**

At a Status Hearing on August 26, 2022, the parties discussed with the Court their intention to continue plea negotiations. Pursuant to the Court's Minute Order of August 26, 2022, the Court issues this template for a proposed Pretrial Scheduling Order. If it looks like the case will not be resolved by plea, then the parties shall prepare their proposed Pretrial Scheduling Order using this template and file it on the docket by no later than **October 26, 2022.**

Plea                                                                                                      *Proposed Deadlines*

During plea negotiations, the parties shall discuss the statutory penalties and sentencing guidelines that would apply. This will be discussed on the record as well.

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final discovery under present indictment | n/a |
| Aspirational date for grand jury decision re: superseding indictment | n/a |
| Government to complete discovery under any superseding indictment | n/a |
| Discovery motions (Fed. R. Crim. P. 16) | April 28, 2023 |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | April 21, 2023 |
| Defendant's expert notice (FRE 701 & 702) | April 21, 2023 |
| Government's FRE 404(b) notice | April 21, 2023 |
| Defendant's response to FRE 404(b) notice | April 28, 2023 |
| *Brady* notice | |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | April 21, 2023 |
| Lay witness identification and subject matter (FRE 701) | April 28, 2023 |

1

<u>Non-Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | March 3, 2023 |
|     Government's response to Defendant's non-evidentiary motions | March 17, 2023 |
|     Defendant's reply as to non-evidentiary motions | March 24, 2023 |
| Government's non-evidentiary pretrial motions | March 3, 2023 |
|     Defendant's response to Government's non-evidentiary motions | March 17, 2023 |
|     Government's reply as to non-evidentiary motions | March 24, 2023 |

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | April 21, 2023 |
|     Government's response to Defendant's evidentiary motions | May 5, 2023 |
|     Defendant's reply as to evidentiary motions | May 12, 2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | April 21, 2023 |
|     Defendant's response to Government's evidentiary motions | May 5, 2023 |
|     Government's reply as to evidentiary motions | May 12, 2023 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | April 21, 2023 |
| Responses to motions *in limine* | May 5, 2023 |
| Replies as to motions *in limine* | May 12, 2023 |
| Joint notice of stipulations | April 28, 2023 |
| *Giglio* and *Jencks* material | May 22, 2023 |
| *Voir Dire* and Jury Instructions | May 22, 2023 |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | May 22, 2023 |
| Defendant's witness list, exhibit list and exhibits | May 22, 2023 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

                                                                                            /s/
                                                         COLLEEN KOLLAR-KOTELLY
                                                         United States District Judge