UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br><br>CHRISTOPHER SPENCER,<br><br>              Defendant. | Case No. 21-cr-147 (CKK) |

### MOTION TO CONTINUE

Mr. Christopher Spencer currently has a status hearing scheduled for January 17, 2023 at 10:00 a.m. Mr. Spencer, through counsel, respectfully requests a continuance until the week of February 13, 2023. The parties will contact the Courtroom Deputy to confirm a date that works for the parties and the Court. The Government has represented that there is no objection to this request.

Mr. Spencer's seven-year-old daughter is scheduled to have surgery on January 16, 2023. In light of the procedure, Mr. Spencer will be unavailable for the status conference on January 17. Additionally, defense counsel has a scheduling conflict that will interfere with the hearing time as well. The parties continue to engage in fruitful negotiations in the hopes of resolving this matter. Additional time, however, is required to arrive at a final resolution.

In light of this request, Mr. Spencer, through counsel, has no objection to exclusion of time under the Speedy Trial Act until the next status hearing.

For these reasons, Mr. Spencer respectfully requests that the Court grant his request for a continuance.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

*/s/*
Jose A. German
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004