## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | :    Case No. : 21-CR-147 (CKK) |
| **CHRISTOPHER SPENCER,** | : |
| **Defendant.** | : |

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Ubong Akpan has assumed responsibility for the defense of Christopher Spencer in the above-captioned case. This case had previously been assigned to Assistant Federal Public Defender Jose German.

Respectfully submitted,

/s/
Ubong Akpan
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500