UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SPENCER,<br><br>Defendant. | Criminal No. 21-cr-147-1 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(DATE)

*Proposed Deadlines*

<u>Discovery & Associated Deadlines</u>
Government to complete any final discovery under present indictment   _____
Aspirational date for grand jury decision re: superseding indictment   _____
Government to complete discovery under any superseding indictment   _____
Discovery motions (Fed. R. Crim. P. 16)   _____

<u>Expert Notices & Other Crimes Evidence</u>
Government's expert notice (FRE 701 & 702)   _____
Defendant's expert notice (FRE 701 & 702)   _____
Government's FRE 404(b) notice   _____
Defendant's response to FRE 404(b) notice   _____
*Brady* notice

<u>Experts</u>
Expert reports (FRE 702)   _____
Lay witness identification and subject matter (FRE 701)   _____

<u>Non-Evidentiary Pretrial Motions</u>
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment   _____
    Government's response to Defendant's non-evidentiary motions   _____
    Defendant's reply as to non-evidentiary motions   _____
Government's non-evidentiary pretrial motions   _____
    Defendant's response to Government's non-evidentiary motions   _____
    Government's reply as to non-evidentiary motions   _____

<u>Evidentiary Pretrial Motions</u>
Defendant's evidentiary pretrial motions,

1

such as motions to suppress evidence, or *Daubert*     _____
    Government's response to Defendant's evidentiary motions     _____
    Defendant's reply as to evidentiary motions     _____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))     _____
    Defendant's response to Government's evidentiary motions     _____
    Government's reply as to evidentiary motions     _____

<u>Motions in Limine</u>
Motions *in limine* by both sides     _____
Responses to motions *in limine*     _____
Replies as to motions *in limine*     _____

Joint notice of stipulations     _____

*Giglio*, *Jencks*, and Rule 26.2 material     _____

*Voir Dire* and Jury Instructions     _____

<u>Witness and Exhibit Lists</u>
Government's witness list, exhibit list and exhibits     _____
Defendant's witness list, exhibit list and exhibits     _____

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

                                                                                             _____
                                                                                             COLLEEN KOLLAR-KOTELLY
                                                                                             United States District Judge