# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>CHRISTOPHER SPENCER,<br><br>      Defendant. | Criminal No. 21-cr-147-1 (CKK) |

**ORDER**
(August 1, 2023)

It is this 1st day of August, 2023, **ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history and offense level calculation for Defendant Christopher Spencer to be provided to the Court, in a report, by **September 29, 2023**, which is prior to the Status Hearing scheduled for October 13, 2023. The Probation Office has prepared a report before, *see* ECF No. 59, so the Court requests an updated version with any new and additional information. The report should also be provided to Defense counsel for Christopher Spencer and Government counsel(s).

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge