# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 21-147 (CKK) |
| **CHRISTOPHER SPENCER** ) | |
| ) | |

## NOTICE OF FILING

Christopher Spencer, through undersigned counsel, respectfully files the attached Proposed Pretrial Scheduling Order. The government agrees to the proposed schedule.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1

**CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 13th day of August 2023, I caused a copy of the foregoing Notice to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender