UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SPENCER,<br><br>Defendant. | Criminal No. 21-cr-147-1 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(DATE)

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment — ongoing
Aspirational date for grand jury decision re: superseding indictment — not applicable
Government to complete discovery under any superseding indictment — ~~not applicable~~
Discovery motions (Fed. R. Crim. P. 16) — ~~none at this time~~

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702) — none at this time
Defendant's expert notice (FRE 701 & 702) — none at this time
Government's FRE 404(b) notice — none at this time
Defendant's response to FRE 404(b) notice — none at this time
*Brady* notice

Experts
Expert reports (FRE 702) — none at this time
Lay witness identification and subject matter (FRE 701) — none at this time

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment — 9/5/2023
    Government's response to Defendant's non-evidentiary motions — 9/19/2023
    Defendant's reply as to non-evidentiary motions — 10/2/2023
Government's non-evidentiary pretrial motions — ~~none at this time~~
    Defendant's response to Government's non-evidentiary motions — none at this time
    Government's reply as to non-evidentiary motions — none at this time

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,

1

| | |
|---|---|
| such as motions to suppress evidence, or *Daubert* | none at this time |
| Government's response to Defendant's evidentiary motions | none at this time |
| Defendant's reply as to evidentiary motions | none at this time |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | none at this time |
| Defendant's response to Government's evidentiary motions | ~~none at this time~~ |
| Government's reply as to evidentiary motions | ~~none at this time~~ |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | none at this time |
| Responses to motions *in limine* | none at this time |
| Replies as to motions *in limine* | none at this time |
| Joint notice of stipulations | none at this time |
| *Giglio*, *Jencks*, and Rule 26.2 material | none at this time |
| *Voir Dire* and Jury Instructions | none at this time |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | none at this time |
| Defendant's witness list, exhibit list and exhibits | ~~none at this time~~ |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge