UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SPENCER,<br><br>Defendant. | Criminal No. 21-cr-147-1 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(DATE)

*Proposed Deadlines*

<u>Discovery & Associated Deadlines</u>
Government to complete any final discovery under present indictment ___ongoing___
Aspirational date for grand jury decision re: superseding indictment ___08/25/2023___
Government to complete discovery under any superseding indictment ___08/25/2023___
Discovery motions (Fed. R. Crim. P. 16) ___09/25/2023___

<u>Expert Notices & Other Crimes Evidence</u>
Government's expert notice (FRE 701 & 702) ___10/02/2023___
Defendant's expert notice (FRE 701 & 702) ___10/9/2023___
Government's FRE 404(b) notice ___10/02/2023___
Defendant's response to FRE 404(b) notice ___10/09/2023___
*Brady* notice

<u>Experts</u>
Expert reports (FRE 702) ___11/02/2023___
Lay witness identification and subject matter (FRE 701) ___11/02/2023___

<u>Non-Evidentiary Pretrial Motions</u>
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment ___9/5/2023___
    Government's response to Defendant's non-evidentiary motions ___9/19/2023___
    Defendant's reply as to non-evidentiary motions ___10/2/2023___
Government's non-evidentiary pretrial motions ___10/02/2023___
    Defendant's response to Government's non-evidentiary motions ___10/16/2023___
    Government's reply as to non-evidentiary motions ___10/23/2023___

<u>Evidentiary Pretrial Motions</u>
Defendant's evidentiary pretrial motions,

1

| | |
|---|---|
| such as motions to suppress evidence, or *Daubert* | 10/02/2023 |
|     Government's response to Defendant's evidentiary motions | 10/16/2023 |
|     Defendant's reply as to evidentiary motions | 10/23/2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | 11/02/2023 |
|     Defendant's response to Government's evidentiary motions | 11/16/2023 |
|     Government's reply as to evidentiary motions | 11/23/2023 |

Motions in Limine
Motions *in limine* by both sides
Responses to motions *in limine*   12/02/2023
Replies as to motions *in limine*   12/16/2023

Joint notice of stipulations   01/09/2024

*Giglio*, *Jencks*, and Rule 26.2 material   01/09/2024

*Voir Dire* and Jury Instructions   01/09/2024

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits   01/09/2024
Defendant's witness list, exhibit list and exhibits   01/09/2024

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge