**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　v.<br><br>CHRISTOPHER SPENCER,<br><br>　　Defendant. | Criminal No. 21-cr-147-1 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(August 24, 2023)

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment　　ongoing
Aspirational date for grand jury decision re: superseding indictment　　08/25/2023
Government to complete discovery under any superseding indictment　　08/25/2023
Discovery motions (Fed. R. Crim. P. 16)　　09/25/2023

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)　　10/02/2023
Defendant's expert notice (FRE 701 & 702)　　10/9/2023
Government's FRE 404(b) notice　　10/02/2023
Defendant's response to FRE 404(b) notice　　10/09/2023
*Brady* notice

Experts
Expert reports (FRE 702)　　11/02/2023
Lay witness identification and subject matter (FRE 701)　　11/02/2023

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment　　9/5/2023
　　Government's response to Defendant's non-evidentiary motions　　9/19/2023
　　Defendant's reply as to non-evidentiary motions　　10/2/2023
Government's non-evidentiary pretrial motions　　10/02/2023
　　Defendant's response to Government's non-evidentiary motions　　10/16/2023
　　Government's reply as to non-evidentiary motions　　10/23/2023

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,

1

| | |
|---|---|
| such as motions to suppress evidence, or *Daubert* | 10/02/2023 |
|     Government's response to Defendant's evidentiary motions | 10/16/2023 |
|     Defendant's reply as to evidentiary motions | 10/23/2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | 11/02/2023 |
|     Defendant's response to Government's evidentiary motions | 11/16/2023 |
|     Government's reply as to evidentiary motions | 11/23/2023 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | |
| Responses to motions *in limine* | 12/02/2023 |
| Replies as to motions *in limine* | 12/16/2023 |
| | |
| Joint notice of stipulations | 01/09/2024 |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | 01/09/2024 |
| | |
| *Voir Dire* and Jury Instructions | 01/09/2024 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | 01/09/2024 |
| Defendant's witness list, exhibit list and exhibits | 01/09/2024 |

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge