UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CHRISTOPHER SPENCER** <br><br> **Defendant.** | **Case No.: 21-cr-147 (CKK)** |

## ORDER

Upon consideration of Defendant's Motion to Dismiss Count One and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**;

**SO ORDERED.**

DATE: _____

_____
COLLEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE