UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER SPENCER**<br><br>Defendant. | **Case No.: 21-cr-147 (CKK)** |

### ORDER

Upon consideration of Defendant's Motion to Dismiss Counts Two and Three and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**;

**SO ORDERED.**

DATE: _____

_____
COLLEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE