# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SPENCER,<br><br>Defendant. | Criminal No. 21-cr-147-1 (CKK) |

## ORDER
(October 13, 2023)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES** Defendant Christopher Spencer's [102] Motion to Dismiss Count One and [103] Motion to Dismiss Counts Two and Three.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge