# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :  Case No. 21-CR-147-1 (CKK) |
| | : |
| **CHRISTOPHER RAPHAEL SPENCER,** | : |
| Defendant. | : |
| | : |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled stipulated trial on January 16, 2024 be continued for good cause until _____, 2024 at _____; and it is further

**ORDERED** that the currently scheduled status conference on January 5, 2024 be continued for good cause until _____, 2024 at _____; and it is further

**ORDERED** that the parties submit a report on the facts of the case by _____, 2024 at _____; and it is further

**ORDERED** that the time between December 15, 2023 and _____ shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the time for the parties to agree upon the facts for a stipulated trial and to conduct the stipulated trial.

HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE