# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-147-1 (CKK)** |
| **v.** : | |
| : | |
| **CHRISTOPHER RAPHAEL SPENCER,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

For the purpose of a stipulated trial in the above-captioned matter, the parties hereby file an agreed-upon Statement of Facts for Stipulated Trial.

                                      Respectfully submitted,
                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      DC Bar No. 481052

By:   */s/ Douglas G. Collyer*
        DOUGLAS G. COLLYER
        Assistant United States Attorney
        Detailee
        NDNY Bar No. 519096
        United States Attorney's Office
        14 Durkee Street, Suite 340
        Plattsburgh, NY 12901
        Douglas.Collyer@usdoj.gov