UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER SPENCER**<br><br>Defendant. | **Case No.: 21-cr-147 (CKK)** |

## ORDER

Upon consideration of Defendant's Motion to Continue and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**;

    **SO ORDERED.**


DATE: _____

    _____
    COLLEN KOLLAR-KOTELLY
    UNITED STATES DISTRICT JUDGE