UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              **Plaintiff,**<br>        **v.**<br><br>**CHRISTOPHER SPENCER,**<br><br>              **Defendant.** | **Case No. 21-cr-147 (CKK)** |

## SUPPLEMENT TO MOTION TO CONTINUE

On December 15, 2023, Mr. Spencer and the government jointly moved to continue the upcoming stipulated trial. The Court granted the motion and ordered the defense to submit a written Speedy Trial Act waiver, signed by Mr. Spencer. Accordingly, Mr. Spencer, through counsel, submits the following waiver.  On February 2, 2024, Mr. Spencer moved to continue the February stipulated trial pending *Fischer v. United States*.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

*/s/*
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

CHRISTOPHER SPENCER,

    Defendant.

Case No. 21-cr-147 (CKK)

## SPEEDY TRIAL WAIVER

I, Christopher R. Spencer, having discussed with counsel my rights under the Speedy Trial Act, consent to the exclusion of time from January 5, 2024 through the date of the next stipulated trial.

_____
Christopher R. Spencer