# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER SPENCER,<br><br>    Defendant. | Criminal No. 21-cr-147-1 (CKK) |

# ORDER
(February 13, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES** Defendant Christopher Spencer's [113] Motion to Continue Stipulated Trial.

**SO ORDERED**.


Date: February 13, 2024

                                                                    /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge