UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-147-1 (CKK) |
| : | |
| CHRISTOPHER RAPHAEL SPENCER, : | |
| : | |
| Defendant. : | |

## STATUS REPORT AND MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following Status Report. The government also respectfully moves the Court to continue the Sentencing currently scheduled for August 15, 2024, and associated dates for a period of approximately 30 days. In support of the Motion, the government represents:

1. On February 21, 2024, the Court found the defendant guilty of all counts of the indictment following a stipulated trial: Obstruction of an Official Proceeding, in violation of Title 18, United States Code, § 1512(c)(2) and (2); Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 125).

2. The Court set sentencing for August 15, 2024, and ordered sentencing memoranda to be submitted by July 22, 2024 (February 27, 2024 Minute Order).

3. On June 28, 2024, the United States Supreme Court issued a decision in *Fischer v. United States*, 603 U.S. ___ (2024). In *Fischer*, the Supreme Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." Op. 8. However, the Court did not reject the application of § 1512(c)(2) to January 6 prosecutions. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information – or attempted to do so. *Id.* at 9, 16. The Supreme Court remanded the case to the court of appeals for further proceedings. *Id.* Given the remand to the court of appeals and the ongoing litigation in *Fischer*, the government is still evaluating *Fischer's* impact on this and other January 6 cases.

4. Therefore, the government requests the August 15, 2024 Sentencing and associated dates be continued for approximately 30 days.

5. The defendant is out of custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov