**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAPHAEL SPENCER,<br>Defendant. | Criminal Action No. 21-147-1<br>(CKK) |

**ORDER**
(August 13, 2024)

Pending before this Court is the Government's [133] Motion to Dismiss Count 1 of the Indictment. The Government moves pursuant to Federal Rule of Criminal Procedure 48(a) to voluntarily dismiss with prejudice Count 1, which charges the defendant, Christopher Raphael Spencer, with obstruction of an official proceeding, in violation of 18 U.S.C. §§1512(c)(2) and 2. Following a stipulated trial on February 21, 2024, this Court found Defendant guilty of all five criminal offenses, including Count 1. Memorandum Opinion and Order, ECF No. 125.

On June 28, 2024, the Supreme Court issued an opinion in *Fischer v. United States*, 144 S. Ct. 2176, 2181 (2024), holding that Section 1512(c) does not cover "*all* means of obstructing, influencing, or impeding any official proceeding." *Id.* at 2185. Considering that decision, the Government notes that "additional litigation would be needed to determine the impact of the Supreme Court's decision in *Fischer* on the defendant's conviction on Count 1. Govt. Mot., ECF No. 133, at 2. In the interest of "proceeding efficiently," the Government declines to undertake additional litigation and instead moves for dismissal of Count 1 before sentencing. The Government notes that it is "well settled that the government may move to dismiss a count under Rule 48(a) even after the charge at issue has resulted in a finding of guilt[.]" Govt. Mot., ECF No. 133, at 2; *see, e.g., United States*

1

*v. Hector*, 577 F.3d 1099, 1101 (9th Cir. 2009); *cf. United States v. Smith*, 467 F.3d 785, 786-789 (D.C. Cir. 2006) (holding that district courts have jurisdiction to entertain unopposed Rule 48 motions even after a conviction becomes final, without ruing on the merits of Rule 48's scope).

Accordingly, it is this 13th day of August 2024, hereby

ORDERED that the Government's [133] Motion is GRANTED, and Count 1 of the Indictment is DISMISSED with prejudice.

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE