# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **v.**

**CHRISTOPHER SPENCER,**

        **Defendant.**

**Case No. 21-cr-147 (CKK)**

## MOTION TO DELAY SELF-SURRENDER DATE

Christopher Spencer, by and through counsel, respectfully moves this Honorable Court to delay his reporting date of January 21, 2025 to the Bureau of Prisons, in light of the Executive Order dated January 20, 2025, granting pardons for offenses relating to the events at or near the United States Capitol on January 6, 2021.

For these reasons, Mr. Spencer respectfully requests that the Court grant his request for a delay.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500