# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>CHRISTOPHER RAPHAEL SPENCER,<br><br>  Defendant. | Criminal No. 21-147 (CKK) |

**ORDER**
(January 21, 2025)

Upon consideration of Defendant Christopher Raphael Spencer's [148] Motion to Delay Self-Surrender Date, and the President's Proclamation entitled "Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2025," dated January 20, 2025, it is hereby

ORDERED that Defendant Spencer's [148] Motion for to Delay Self-Surrender Date is GRANTED.  Defendant Spencer's date to report to the Bureau of Prisons is EXTENDED by 30 days to February 20, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE